```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :
            -against-                        :
                                             :
GUALYS BRITO GERMOSEN, ROLANDO               :      1:25-cr-330-GHW
BATISTA CAMILO, et al.                       :
                                             :      ORDER
                              Defendants.    :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/29/2025

GREGORY H. WOODS, United States District Judge:

An arraignment and initial appearance in this matter will take place on August 6, 2025 at 11:00 a.m. with respect to all defendants. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties and their counsel are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: July 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge