**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                              Telephone 212-349-0230

<u>By ECF</u>

November 1, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2025
```

# MEMORANDUM ENDORSED

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    <u>United States v. Cristian DeJesus-Baez</u>
               S6 25 Cr. 330 (GHW)

Dear Judge Woods:

      This letter motion is respectfully submitted to pursuant to F.R.C.P. [Crim.] Rule 10(b) to request that Mr. DeJesus-Baez be permitted to waive his appearance at the upcoming in-Court arraignment on the S6 superseding indictment.

      Prior to the submission of this motion, a federally certified Spanish interpreter read the S6 superseding indictment to Mr. DeJesus-Baez in Spanish. With the assistance of the certified interpreter, Mr. DeJesus-Baez and I discussed the charges in the superseding indictment and the differences between the S1 indictment and the S6 indictment. I am confident that he understands the charges against him.

      I have provided Mr. DeJesus-Baez with copies of both indictments in English and Spanish.

      Mr. DeJesus-Baez respectfully waives his appearance at the in-court arraignment. Mr. DeJesus-Baez respectfully requests that a Not Guilty plea be entered.

                                         Respectfully submitted,

                                         /s/ Andrew Patel
                                         Andrew G. Patel, Esq.

                                         Cristian DeJesus-Baez

Cont.

**Honorable Gregory H. Woods**
United States District Judge
November 1, 2025
Page 2

_____
Nancy Adler
Federally Certified Spanish Interpreter

cc:     All counsel by ECF

The Court accepts Mr. DeJesus Baez's waiver of appearance pursuant to F.R.C.P. Rule 10(b). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.
SO ORDERED.
Dated: November 3, 2025

_____
GREGORY H. WOODS
United States District Judge