**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                   **Telephone 212-349-0230**

<u>**By ECF**</u>

December 1, 2025

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED: 12/2/2025            │
└─────────────────────────────────┘
```

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMORANDUM ENDORSED

Re:    United States v. Cristian DeJesus-Baez
       S6 25 Cr. 330 (GHW)

Dear Judge Woods:

    This motion is respectfully submitted to request that Jill R. Shellow, Esq., be permitted to stand in for me at the conference on this matter scheduled for December 2, 2025.   I am unavailable due to an unmovable prior obligation.   My client, Mr. DeJesus-Baez, was previously excused from attending the conference.   See Order entered at document No. 68.

    In the event any scheduling issues come up at the conference, Ms. Shellow is aware of my calendar obligations and is authorized to consent to adjournments and any exclusion of time for Speedy Trial purposes.

Respectfully submitted,

  /s/ Andrew Patel
Andrew G. Patel, Esq.

cc:    All counsel by ECF

Application granted.  Ms. Shellow may stand in for Mr. Patel at the conference in this matter scheduled for December 2, 2025, given that Mr. DeJesus-Baez has been excused from attending the conference. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 83.

SO ORDERED.

Dated:  December 2, 2025
New York, New York

GREGORY H. WOODS
United States District Judge