UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,                  :

                                           :

            -against-                      :

                                           :

CRISTIAN DeJESUS-BAEZ,                     :              1:25-cr-330-GHW-5

                                           :

                        Defendant.         :              ORDER

------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025
```

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on December 16, 2025 at 3:00 p.m.

The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse,

New York, New York 10007.  The parties are directed to appear for the hearing as scheduled unless

otherwise ordered by the Court.

        SO ORDERED.

Dated:  December 15, 2025
New York, New York

                                    _____
                                            GREGORY H. WOODS
                                         United States District Judge